# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 17, 2025

### NO. 03-24-00109-CR

**Noah Michael Johnson, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 22ND DISTRICT COURT OF COMAL COUNTY
BEFORE JUSTICES TRIANA, THEOFANIS, AND CRUMP
REVERSED AND REMANDED -- OPINION BY JUSTICE TRIANA**

This is an appeal from the judgment of conviction entered by the trial court in case number CR2023-557A for Counts III and IV. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the trial court's judgment of conviction. Therefore, the Court reverses the trial court's judgment of conviction and remands the case for further proceedings consistent with the Court's opinion. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.